No. 853, Misc. THOMSON v. TUNKS, JUDGE, ET AL. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied.

No. 873, Misc. WELLS v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 892, Misc. WILLIAMS v. NASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 893, Misc. WHITE v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 894, Misc. CRESWELL v. DIRECTOR, PATUXENT INSTITUTION. Court of Appeals of Maryland. Certiorari denied.

No. 900, Misc. LEE v. WARDEN, MARYLAND PENITENTIARY. Circuit Court of Baltimore County, Maryland. Certiorari denied.

No. 903, Misc. McKEITHAN v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 905, Misc. GRAY v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 913, Misc. CHAFFIN v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 919, Misc. FRYSON v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.